IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REGIONS BANK                                             PLAINTIFF/PETITIONER

v.                                          CIVIL ACTION NO. 4:08cv130-TSL-LRA

JACQUELINE BILBO                                        DEFENDANT/RESPONDENT

**AGREED FINAL JUDGMENT COMPELLING ARBITRATION
AND DISMISSING ACTION**

CAME ON FOR HEARING the joint *ore tenus* motion of Plaintiff/Petitioner Regions Bank ("Regions") and Defendant/Respondent Jacqueline Bilbo ("Bilbo") for a final judgment compelling arbitration of Bilbo's claims against Regions in *Jacqueline Bilbo v. Regions Bank, WNC Insurance Services, Inc., and Comeaux Insurance Agency, Inc.*; in the Circuit Court of Madison County, Mississippi; Civil Action No. CI-2008-0239-R, should Bilbo decide to pursue such claims.

Considering that this is an Agreed Final Judgment, this Court FINDS the relief jointly requested by the Parties to be well-taken.

WHEREFORE, IT IS HEREBY ORDERED AND FINALLY ADJUDGED that:

(1) Regions' [3] Motion to Compel Arbitration is GRANTED as to Bilbo's claims against Regions in *Jacqueline Bilbo v. Regions Bank, WNC Insurance Services, Inc., and Comeaux Insurance Agency, Inc.*; in the Circuit Court of Madison County, Mississippi; Civil Action No. CI-2008-0239-R;

(2) No later than 5-days from the date of entry of this Order, Bilbo shall dismiss with prejudice all her claims against Regions in *Jacqueline Bilbo v. Regions Bank, WNC Insurance Services, Inc., and Comeaux Insurance Agency, Inc.*; in the Circuit Court of Madison County, Mississippi; Civil Action No. CI-2008-0239-R;

(3) This Action is FINALLY DISMISSED WITH PREJUDICE; however, the Court maintains jurisdiction over the Parties and this matter for the sole purposes of enforcing and effectuating the injunction granted herein and the settlement agreement between the Parties; and

(4) The Parties shall bear their respective costs.

SO ORDERED and ADJUDGED, this the 15th day of January, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE